OFFICE OF DISCIPLINARY COUNSEL *v.* JAMES.

[Cite as *Disciplinary Counsel v. James* (1995), 73 Ohio St.3d 289.]

(No. 95–768—Submitted May 23, 1995—Decided August 23, 1995.)

290

*Geoffrey Stern,* Disciplinary Counsel, *Stacy M. Solochek* and *Dianna L. Chesley,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* Upon review of the record, we concur in the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.